IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES POLLITZ,

      Appellant,

v.                                                                    Case No.  5D15-2670

HALIFAX STAFFING, INC., ET AL.,

      Appellees.

_____/

Opinion filed March 29, 2016

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

Gary S. Edinger, of Benjamin, Aaronson,
Edinger & Patanzo, P.A., Gainesville, and
Frederick C. Morello, of Frederick C.
Morello, P.A., Daytona Beach, for
Appellant.

Dean A. Morande, of Carlton Fields Jorden
Burt, P.A., West Palm Beach, for Appellee,
Halifax Staffing, Inc.

No Appearance for other Appellees.

PER CURIAM.


      AFFIRMED.  See Fla. R. App. P. 9.315(a).



ORFINGER, TORPY, and EDWARDS, J.J., concur.